United States District Court
Southern District of Texas
**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANY AHMED, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-04069 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MERIDIAN SECURITY | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Hany Ahmed has provided notice of settlement of the claims against Defendant Meridian Security Insurance Company. Dkt 19.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within ninety days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on June 25, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge